IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

MARK HOWARTH,

      Petitioner,

v.                               Case No.  5D16-1736

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed September 23, 2016

Petition for Belated Appeal
A Case of Original Jurisdiction.

Mark Howarth, Milton, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and, Marjorie Vincent-Tripp, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the order dismissing Petitioner's pro se Petition for Writ of Habeas Corpus, rendered March 24, 2016, in Case No. 2015-CA-010153-O, in the Circuit Court in and for Orange County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

PALMER, ORFINGER and COHEN, JJ., concur.